**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE: 212-785-9100
TELECOPIER: 212-785-9099

March 28, 2018

**VIA ECF**

Honorable Laura Taylor Swain
United States District Judge
United States District Court for
The Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:   <u>Bryan Fischler v. Philips Bryant Park LLC; No. 1:18-cv-01224-LTS-OTW</u>

Dear Judge Swain:

    We represent defendant Philips Bryant Park LLC ("Bryant Park Hotel") in the above-referenced matter. We write to request a 60-day extension of Bryant Park Hotel's time to respond to the Complaint in this matter and an adjournment of the initial status conference. The response was originally due March 14, 2018 and the initial conference is set for April 11th at 10:00AM. We make this request because we were just retained in this matter. Counsel for the Plaintiff has consented to this request, which is Defendant's first such request.

    Accordingly, we respectfully request that the Court grant this request to extend Bryant Park Hotel's time to respond to the Complaint to May 11, 2018, and that the Court adjourn the initial conference in this matter to a date thereafter.

                                              Respectfully submitted,

                                              Meredith Cavallaro /MG

cc: Douglas Lipsky, Esq. (via ECF)